# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHRYN L. WATERS,** | : | |
| Plaintiff | : | No. 1:13-cv-2652 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **PENNSYLVANIA HUMAN** | : | |
| **RELATIONS COMMISSION,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 3rd day of January 2017, in accordance with the Memorandum issued concurrently with this Order, **IT IS HEREBY ORDERED THAT** Defendant's motion in limine to preclude the admission of EEOC Determination Report No. 530-2012-01060 (Doc. No. 78), is **GRANTED** and Defendant's motion in limine to exclude stray remarks (Doc. No. 86), is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania